# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Florida Rising Together, et al.,*
Plaintiffs-Appellees,

v.

*Florida Secretary of State,*
Defendant-Appellant.

U.S. District Court for the Northern District of Florida, No. 4:21-cv-201-MW-MAF
(Walker, C.J.)

---

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for the Florida Secretary of State*

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that Defendants, as opposed to "Defendant-Appellant," refer to defendants in the case, other than the Florida Secretary of State.

1. Adkins, Janet, *Defendant*

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

4. Aguilera, Cecilia, *Attorney for Plaintiffs-Appellees*

5. Alachua County Attorney's Office, *Attorneys for Defendant*

6. Andersen, Mark, *Defendant*

7. Anderson, Christopher, *Defendant*

8. Anderson, Shirley, *Defendant*

9. Anstaett, David, *Attorney for Plaintiffs-Appellees*

10. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

11. Arnold, Melissa, *Defendant*

12. Arrington, Mary, *Defendant*

13. Baird, Maureen, *Defendant*

14. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

15. Bardos, Andy, *Attorney for Defendants*

16.    Barton, Kim, *Defendant*

17.    Beasley, Bobby, *Defendant*

18.    Begakis, Steven, *Attorney for Intervenor-Defendant*

19.    Bell, Daniel, *Chief Deputy Solicitor General of Florida*

20.    Benda, Kyle, *Attorney for Defendant*

21.    Bennett, Michael, *Defendant*

22.    Bentley and Bruning PA, *Attorney for Defendant*

23.    Bentley, Morgan, *Attorney for Defendant*

24.    Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

25.    Bishop, Marty, *Defendant*

26.    Black Voters Matter Fund LLC, *Plaintiff-Appellee*

27.    Bledsoe, William, *Attorney for Defendant*

28.    Branch, Aria, *Attorney for Plaintiffs-Appellees*

29.    Brewton Plante PA, *Attorneys for Defendants*

30.    Brigham, Robert, *Plaintiff-Appellee*

31.    Brodeen, Karen, *Attorney for Defendants*

32.    Broward County Attorney's Office, *Attorney for Defendant*

33.    Brown, Summer, *Attorney for Defendant*

34.    Brown, Tomi, *Defendant*

35.    Budhu, Ryan, *Attorney for Plaintiffs-Appellees*

36.    Byrd, Cord, *Defendant-Appellant*

37.    Cannon, Starlet, *Defendant*

38.    Case, Andrew, *Attorney for Plaintiffs-Appellees*

39.    Chambless, Chris, *Defendant*

40.    Chason, Sharon, *Defendant*

41.    Choi, Ellen, *Attorney for Plaintiffs-Appellees*

42.    Chorba, William, *Attorney for Defendant*

43.    City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

44.    Clark Partington, *Attorneys for Defendant*

45.    Common Cause, *Plaintiff-Appellee*

46.    Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

47.    Conyers, Grant, *Defendant*

48.    Corley, Brian, *Defendant*

49.    County of Volusia, *Attorneys for Defendant*

50.    Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

51.    Cowles, Bill, *Defendant*

52.    Cuffe, Edward, *Attorney for Defendant*

53.    Cycon, John, *Attorney for Defendant-Appellant*

54.    Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

55.    Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

56. Davis, Ashley, *Attorney for Defendant-Appellant*

57. Davis, Vicki, *Defendant*

58. Demos, *Attorneys for Plaintiffs-Appellees*

59. Devaney, William, *Attorney for Plaintiffs-Appellees*

60. Disability Rights Florida, *Plaintiff-Appellee*

61. District of Columbia, *Amicus*

62. Doyle, Tommy, *Defendant*

63. Driggers, Heath, *Defendant*

64. Druks, Roni, *Attorney for Plaintiffs-Appellees*

65. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

66. Dunaway, Carol, *Defendant*

67. Earley, Mark, *Defendant*

68. Edwards, Brendalyn, *Attorney for Defendant*

69. Edwards, Jennifer, *Defendant*

70. Edwards, Lori, *Defendant*

71. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

72. Elias, Marc, *Attorney for Plaintiffs-Appellees*

73. Ellis, Elizabeth, *Attorney for Defendant*

74. Equal Ground Education Fund, *Plaintiff-Appellee*

75. Erdelyi, Susan, *Attorney for Defendants*

76.    Escambia County Attorney's Office, *Attorneys for Defendant*

77.    Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

78.    Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

79.    Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

80.    Farnam, Alteris, *Defendant*

81.    Faruqui, Bilal, *Attorney for Defendant*

82.    Feiser, Craig, *Attorney for Defendant*

83.    Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

84.    Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

85.    Florida Department of State, *Defendant-Appellant*

86.    Florida Office of the Attorney General, *Attorneys for Defendant*

87.    Florida Rising Together, *Plaintiff-Appellee*

88.    Florida State Conference of the NAACP, *Plaintiff-Appellee*

89.    Ford, Christina, *Attorney for Plaintiffs-Appellees*

90.    Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

91.    Fox, David, *Attorney for Plaintiffs-Appellees*

92.    Freedman, John, *Attorney for Plaintiffs-Appellees*

93.    Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

94.    Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

95.    Galindo, Emily, *Attorney for Plaintiffs-Appellees*

96.   Gardner Bist Bowden et al, *Attorneys for Defendants*

97.   Genberg, Jack, *Attorney for Plaintiffs-Appellees*

98.   Giannini, Mary, *Attorney for Defendant*

99.   Gibson, Benjamin, *Attorney for Intervenor-Defendant*

100.   Gibson, Francesca, *Attorney for Plaintiffs-Appellees*

101.   Gray Robinson PA, *Attorneys for Defendant*

102.   Green, Tyler, *Attorney for Intervenor-Defendant*

103.   Griffin, Joyce, *Defendant*

104.   Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

105.   Hanlon, John, *Defendant*

106.   Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

107.   Hart, Travis, *Defendant*

108.   Hays, Alan, *Defendant*

109.   Healy, Karen, *Highlands County Supervisor of Elections*

110.   Heard, Bradley, *Attorney for Plaintiffs-Appellees*

111.   Henderson Franklin Starnes etc., *Attorneys for Defendants*

112.   Hernando County Attorney's Office, *Attorneys for Defendant*

113.   Herron, Mark, *Attorney for Defendant*

114.   Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

115.   Hirschel, Andrew, *Attorney for Plaintiffs-Appellees*

116.   Hispanic Federation, *Plaintiff-Appellee*

117.   Hogan, Mike, *Defendant*

118.   Holt, Dallin, *Attorney for Defendant-Appellant*

119.   Holtzman Vogel Baran, et al., *Attorneys for Defendants-Appellant*

120.   Hoots, Brenda, *Defendant*

121.   Houlihan, Ashley, *Attorney for Defendant*

122.   Hutto, Laura, *Defendant*

123.   Janousek, John, *Attorney for Defendants*

124.   Jarone, Joseph, *Attorney for Defendant*

125.   Jazil, Mohammad, *Attorney for Defendant-Appellant*

126.   Johnson, Diana, *Attorney for Defendant*

127.   Johnson, Kia, *Attorney for Defendant*

128.   Jones, Tammy, *Defendant*

129.   Jouben, Jon, *Attorney for Defendant*

130.   Joyner, Nia, *Attorney for Plaintiffs-Appellees*

131.   Kahn, Jared, *Attorney for Defendant*

132.   Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

133.   Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

134.   Keen, William, *Defendant*

135.    Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

136.    Khazem, Jad, *Attorney for Plaintiffs-Appellees*

137.    King Blackwell Zehnder, et. al., PA, *Attorneys for Plaintiffs-Appellees*

138.    King, Nellie, *Attorney for Plaintiffs-Appellees*

139.    Kinsey, Jennifer, *Defendant*

140.    Kirk, Stephen, *Plaintiff-Appellee*

141.    Klitsberg, Nathaniel, *Attorney for Defendant*

142.    Knight, Shirley, *Defendant*

143.    Labasky, Ronald, *Attorney for Defendants*

144.    Latimer, Craig, *Defendant*

145.    Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

146.    Lavia, John, *Attorney for Defendants*

147.    Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

148.    League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

149.    League of Women Voters of Florida, *Plaintiff-Appellee*

150.    Lenhart, Kaiti, *Defendant*

151.    Lewis, Lisa, *Defendant*

152.    Link, Wendy, *Defendant*

153.    Lopez, Janine, *Attorney for Plaintiffs-Appellees*

154. Lux, Paul, *Defendant*

155. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

156. Madison, Alan, *Plaintiff-Appellee*

157. Marcus, Julie, *Defendant*

158. Mari, Frank, *Attorney for Defendants*

159. Marks Gray PA, *Attorneys for Defendant*

160. McNeil, Justin, *Jefferson County Supervisor of Elections*

161. McVay, Bradley, *Attorney for Defendant-Appellant*

162. Meadows, Therisa, *Defendant*

163. Meros, George, *Attorney for Intervenor-Defendant*

164. Messer Caparello & Self PA, *Attorneys for Defendant*

165. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

166. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

167. Milton, Chris, *Defendant*

168. Mood, Kirsten, *Attorney for Defendant*

169. Moody, Ashley, *Defendant*

170. Moore, James, *Attorney for Defendants*

171. Morgan, Joseph, *Defendant*

172. NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

173.  Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

174.  Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

175.  National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

176.  National Republican Senatorial Committee, *Intervenor-Defendant*

177.  Negley, Mark, *Defendant*

178.  Nordby, Daniel, *Attorney for Intervenor-Defendant*

179.  Norris, Cameron, *Attorney for Intervenor-Defendant*

180.  Oakes, Vicky, *Defendant*

181.  O'Brien, Colleen, *Attorney for Defendant-Appellant*

182.  O'Bryant, Patrick, *Attorney for Defendant*

183.  O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

184.  Ogg, Penny, *Defendant*

185.  Olivo, Geraldo, *Attorney for Defendants*

186.  Osborne, Deborah, *Defendant*

187.  Ott, London, *Attorney for Defendant*

188.  Overturf, Charles, *Defendant*

189.  Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

190.  Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

191.  Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

192. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

193. Perko, Gary, *Attorney for Defendant-Appellant*

194. Pinellas County Attorney's Office, *Attorneys for Defendant*

195. Poder Latinx, *Plaintiff-Appellee*

196. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

197. Price, Tara, *Attorney for Intervenor-Defendant*

198. Republican National Committee, *Intervenor-Defendant*

199. Riley, Heathers, *Defendant*

200. Rogers, Susan, *Plaintiff-Appellee*

201. Romero-Craft, Kira, *Attorney for Plaintiffs-Appellees*

202. Roper PA, *Attorneys for Defendants*

203. Rosenthal, Oren, *Attorney for Defendant*

204. Rudd, Carol, *Defendant*

205. Salzillo, Benjamin, *Attorney for Defendant*

206. Sanchez, Connie, *Defendant*

207. Scoon, Cecile, *Plaintiff-Appellee*

208. Scott, Dale, *Attorney for Defendant*

209. Scott, Joe, *Defendant,*

210. Scott, Lori, *Defendant*

211. Scott, Sharion, *Attorney for Plaintiffs-Appellees*

212.  Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

213.  Seyfang, Amanda, *Defendant*

214.  Shannin Law Firm PA, *Attorneys for Defendants*

215.  Shannin, Nicholas, *Attorney for Defendant*

216.  Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

217.  Shaud, Matthew, *Attorney for Defendant*

218.  Shearman, Robert, *Attorney for Defendants*

219.  Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

220.  Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

221.  Siegel, Rachel, *Attorney for Defendant*

222.  Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

223.  Smith, Diane, *Defendant*

224.  Southerland, Dana, *Defendant*

225.  Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

226.  Stafford, David, *Defendant*

227.  Stafford, William, *Attorney for Defendant*

228.  Stamoulis, Paula, *Defendant*

229.  Stewart, Gregory, *Attorney for Defendant*

230.  Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

231.  Swain, Robert, *Attorney for Defendant*

232. Swan, Leslie, *Defendant*

233. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

234. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

235. Todd, Stephen, *Attorney for Defendant*

236. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

237. Tuetken, Adam, *Attorney for Amicus*

238. Turner, Ron, *Defendant*

239. United States of America, *Amicus*

240. UnidosUS, *Plaintiff-Appellee*

241. Valdes, Michael, *Attorney for Defendant*

242. Vicari, Kelly*, Attorney for Defendant*

243. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

244. Villane, Tappie, *Defendant*

245. Volusia County Attorney, *Attorneys for Defendant*

246. Walker, Gertrude, *Defendant*

247. Walker, Mark, *District Court Judge*

248. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

249. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

250. Whitaker, Henry C., *Solicitor General of Florida*

251. White, Christina, *Defendant*

252. Wilcox, Wesley, *Defendant*

253. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

254. Wright, Brenda, *Attorney for Plaintiffs-Appellees*

255. Zacherl, Frank, *Attorney for Intervenor-Defendant*

256. Zender, Thomas, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: January 28, 2025         /s/ Mohammad O. Jazil
                                      *Counsel for Defendant-Appellant Florida*
                                      *Secretary of State*

Dated: January 28, 2025

/s/ Mohammad O. Jazil
Mohammad O. Jazil
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Fax: (850) 741-1023
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

Bradley R. McVay
  Deputy Secretary of State
Ashley E. Davis
  Chief Deputy General Counsel
Brad.McVay@dos.myflorida.com
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Defendant-Appellant Florida Secretary of State*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: January 28, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: January 28, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil