# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Disability Rights Florida, et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

U.S. District Court for the Northern District of Florida, No. 4:21-cv-187-MW-MAF
(Walker, C.J.)

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida Rising Together, et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

U.S. District Court for the Northern District of Florida, No. 4:21-cv-201-MW-MAF
(Walker, C.J.)

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S UNOPPOSED MOTION TO HOLD APPEALS IN ABEYANCE AND TO CONSOLIDATE

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690
*Counsel for the Florida Secretary of State*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184-C

*Florida Rising Together, et al. v. Florida Secretary of State*, 25-10186-C

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that Defendants, as opposed to "Defendant-Appellant," refer to defendants in the case, other than the Florida Secretary of State.

1. Adkins, Janet, *Defendant*

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

4. Aguilera, Cecilia, *Attorney for Plaintiffs-Appellees*

5. Alachua County Attorney's Office, *Attorneys for Defendant*

6. Andersen, Mark, *Defendant*

7. Anderson, Christopher, *Defendant*

8. Anderson, Shirley, *Defendant*

9. Anstaett, David, *Attorney for Plaintiffs-Appellees*

10. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

11. Arnold, Melissa, *Defendant*

12. Arrington, Mary, *Defendant*

13. Baird, Maureen, *Defendant*

14. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

15. Bardos, Andy, *Attorney for Defendants*

16. Barton, Kim, *Defendant*

17. Beasley, Bobby, *Defendant*

18. Begakis, Steven, *Attorney for Intervenor-Defendant*

19. Bell, Daniel, *Chief Deputy Solicitor General of Florida*

20. Benda, Kyle, *Attorney for Defendant*

21. Bennett, Michael, *Defendant*

22. Bentley and Bruning PA, *Attorney for Defendant*

23. Bentley, Morgan, *Attorney for Defendant*

24. Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

25. Bishop, Marty, *Defendant*

26. Black Voters Matter Fund LLC, *Plaintiff-Appellee*

27. Bledsoe, William, *Attorney for Defendant*

28. Branch, Aria, *Attorney for Plaintiffs-Appellees*

29. Brewton Plante PA, *Attorneys for Defendants*

30. Brigham, Robert, *Plaintiff-Appellee*

31. Brodeen, Karen, *Attorney for Defendants*

32. Broward County Attorney's Office, *Attorney for Defendant*

33. Brown, Summer, *Attorney for Defendant*

34. Brown, Tomi, *Defendant*

35. Budhu, Ryan, *Attorney for Plaintiffs-Appellees*

36. Byrd, Cord, *Defendant-Appellant*

37. Cannon, Starlet, *Defendant*

38. Case, Andrew, *Attorney for Plaintiffs-Appellees*

39. Chambless, Chris, *Defendant*

40. Chason, Sharon, *Defendant*

41. Choi, Ellen, *Attorney for Plaintiffs-Appellees*

42. Chorba, William, *Attorney for Defendant*

43. City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

44. Clark Partington, *Attorneys for Defendant*

45. Common Cause, *Plaintiff-Appellee*

46. Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

47. Conyers, Grant, *Defendant*

48. Corley, Brian, *Defendant*

49. County of Volusia, *Attorneys for Defendant*

50. Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

51. Cowles, Bill, *Defendant*

52. Cuffe, Edward, *Attorney for Defendant*

53. Cycon, John, *Attorney for Defendant-Appellant*

54. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

55. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

56. Davis, Ashley, *Attorney for Defendant-Appellant*

57. Davis, Vicki, *Defendant*

58. Demos, *Attorneys for Plaintiffs-Appellees*

59. Devaney, William, *Attorney for Plaintiffs-Appellees*

60. Disability Rights Florida, *Plaintiff-Appellee*

61. District of Columbia, *Amicus*

62. Doyle, Tommy, *Defendant*

63. Driggers, Heath, *Defendant*

64. Druks, Roni, *Attorney for Plaintiffs-Appellees*

65. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

66. Dunaway, Carol, *Defendant*

67. Earley, Mark, *Defendant*

68. Edwards, Brendalyn, *Attorney for Defendant*

69. Edwards, Jennifer, *Defendant*

70. Edwards, Lori, *Defendant*

71. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

72. Elias, Marc, *Attorney for Plaintiffs-Appellees*

73. Ellis, Elizabeth, *Attorney for Defendant*

74. Equal Ground Education Fund, *Plaintiff-Appellee*

75. Erdelyi, Susan, *Attorney for Defendants*

76. Escambia County Attorney's Office, *Attorneys for Defendant*

77. Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

78. Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

79. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

80. Farnam, Alteris, *Defendant*

81. Faruqui, Bilal, *Attorney for Defendant*

82. Feiser, Craig, *Attorney for Defendant*

83. Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

84. Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

85. Florida Department of State, *Defendant-Appellant*

86. Florida Office of the Attorney General, *Attorneys for Defendant*

87. Florida Rising Together, *Plaintiff-Appellee*

88. Florida State Conference of the NAACP, *Plaintiff-Appellee*

89. Ford, Christina, *Attorney for Plaintiffs-Appellees*

90. Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

91. Fox, David, *Attorney for Plaintiffs-Appellees*

92. Freedman, John, *Attorney for Plaintiffs-Appellees*

93. Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

94. Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

95. Galindo, Emily, *Attorney for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184-C

*Florida Rising Together, et al. v. Florida Secretary of State*, 25-10186-C

96. Gardner Bist Bowden et al, *Attorneys for Defendants*

97. Genberg, Jack, *Attorney for Plaintiffs-Appellees*

98. Giannini, Mary, *Attorney for Defendant*

99. Gibson, Benjamin, *Attorney for Intervenor-Defendant*

100. Gibson, Francesca, *Attorney for Plaintiffs-Appellees*

101. Gray Robinson PA, *Attorneys for Defendant*

102. Green, Tyler, *Attorney for Intervenor-Defendant*

103. Griffin, Joyce, *Defendant*

104. Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

105. Hanlon, John, *Defendant*

106. Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

107. Hart, Travis, *Defendant*

108. Hays, Alan, *Defendant*

109. Healy, Karen, *Highlands County Supervisor of Elections*

110. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

111. Henderson Franklin Starnes etc., *Attorneys for Defendants*

112. Hernando County Attorney's Office, *Attorneys for Defendant*

113. Herron, Mark, *Attorney for Defendant*

114. Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

115. Hirschel, Andrew, *Attorney for Plaintiffs-Appellees*

116. Hispanic Federation, *Plaintiff-Appellee*

117. Hogan, Mike, *Defendant*

118. Holt, Dallin, *Attorney for Defendant-Appellant*

119. Holtzman Vogel Baran, et al., *Attorneys for Defendants-Appellant*

120. Hoots, Brenda, *Defendant*

121. Houlihan, Ashley, *Attorney for Defendant*

122. Hutto, Laura, *Defendant*

123. Janousek, John, *Attorney for Defendants*

124. Jarone, Joseph, *Attorney for Defendant*

125. Jazil, Mohammad, *Attorney for Defendant-Appellant*

126. Johnson, Diana, *Attorney for Defendant*

127. Johnson, Kia, *Attorney for Defendant*

128. Jones, Tammy, *Defendant*

129. Jouben, Jon, *Attorney for Defendant*

130. Joyner, Nia, *Attorney for Plaintiffs-Appellees*

131. Kahn, Jared, *Attorney for Defendant*

132. Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

133. Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

134. Keen, William, *Defendant*

135. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

136. Khazem, Jad, *Attorney for Plaintiffs-Appellees*

137. King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*

138. King, Nellie, *Attorney for Plaintiffs-Appellees*

139. Kinsey, Jennifer, *Defendant*

140. Kirk, Stephen, *Plaintiff-Appellee*

141. Klitsberg, Nathaniel, *Attorney for Defendant*

142. Knight, Shirley, *Defendant*

143. Labasky, Ronald, *Attorney for Defendants*

144. Latimer, Craig, *Defendant*

145. Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

146. Lavia, John, *Attorney for Defendants*

147. Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

148. League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

149. League of Women Voters of Florida, *Plaintiff-Appellee*

150. Lenhart, Kaiti, *Defendant*

151. Lewis, Lisa, *Defendant*

152. Link, Wendy, *Defendant*

153. Lopez, Janine, *Attorney for Plaintiffs-Appellees*

154. Lux, Paul, *Defendant*

155. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

156. Madison, Alan, *Plaintiff-Appellee*

157. Marcus, Julie, *Defendant*

158. Mari, Frank, *Attorney for Defendants*

159. Marks Gray PA, *Attorneys for Defendant*

160. McNeil, Justin, *Jefferson County Supervisor of Elections*

161. McVay, Bradley, *Attorney for Defendant-Appellant*

162. Meadows, Therisa, *Defendant*

163. Meros, George, *Attorney for Intervenor-Defendant*

164. Messer Caparello & Self PA, *Attorneys for Defendant*

165. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

166. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

167. Milton, Chris, *Defendant*

168. Mood, Kirsten, *Attorney for Defendant*

169. Moody, Ashley, *Defendant*

170. Moore, James, *Attorney for Defendants*

171. Morgan, Joseph, *Defendant*

172. NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

173.   Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

174.   Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

175.   National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

176.   National Republican Senatorial Committee, *Intervenor-Defendant*

177.   Negley, Mark, *Defendant*

178.   Nordby, Daniel, *Attorney for Intervenor-Defendant*

179.   Norris, Cameron, *Attorney for Intervenor-Defendant*

180.   Oakes, Vicky, *Defendant*

181.   O'Brien, Colleen, *Attorney for Defendant-Appellant*

182.   O'Bryant, Patrick, *Attorney for Defendant*

183.   O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

184.   Ogg, Penny, *Defendant*

185.   Olivo, Geraldo, *Attorney for Defendants*

186.   Osborne, Deborah, *Defendant*

187.   Ott, London, *Attorney for Defendant*

188.   Overturf, Charles, *Defendant*

189.   Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

190.   Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

191.   Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

192. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

193. Perko, Gary, *Attorney for Defendant-Appellant*

194. Pinellas County Attorney's Office, *Attorneys for Defendant*

195. Poder Latinx, *Plaintiff-Appellee*

196. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

197. Price, Tara, *Attorney for Intervenor-Defendant*

198. Republican National Committee, *Intervenor-Defendant*

199. Riley, Heathers, *Defendant*

200. Rogers, Susan, *Plaintiff-Appellee*

201. Romero-Craft, Kira, *Attorney for Plaintiffs-Appellees*

202. Roper PA, *Attorneys for Defendants*

203. Rosenthal, Oren, *Attorney for Defendant*

204. Rudd, Carol, *Defendant*

205. Salzillo, Benjamin, *Attorney for Defendant*

206. Sanchez, Connie, *Defendant*

207. Scoon, Cecile, *Plaintiff-Appellee*

208. Scott, Dale, *Attorney for Defendant*

209. Scott, Joe, *Defendant,*

210. Scott, Lori, *Defendant*

211. Scott, Sharion, *Attorney for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184-C

*Florida Rising Together, et al. v. Florida Secretary of State*, 25-10186-C

212. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

213. Seyfang, Amanda, *Defendant*

214. Shannin Law Firm PA, *Attorneys for Defendants*

215. Shannin, Nicholas, *Attorney for Defendant*

216. Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

217. Shaud, Matthew, *Attorney for Defendant*

218. Shearman, Robert, *Attorney for Defendants*

219. Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

220. Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

221. Siegel, Rachel, *Attorney for Defendant*

222. Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

223. Smith, Diane, *Defendant*

224. Southerland, Dana, *Defendant*

225. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

226. Stafford, David, *Defendant*

227. Stafford, William, *Attorney for Defendant*

228. Stamoulis, Paula, *Defendant*

229. Stewart, Gregory, *Attorney for Defendant*

230. Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

231. Swain, Robert, *Attorney for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184-C

*Florida Rising Together, et al. v. Florida Secretary of State*, 25-10186-C

232. Swan, Leslie, *Defendant*

233. Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

234. Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

235. Todd, Stephen, *Attorney for Defendant*

236. Trigg, Amia, *Attorney for Plaintiffs-Appellees*

237. Tuetken, Adam, *Attorney for Amicus*

238. Turner, Ron, *Defendant*

239. United States of America, *Amicus*

240. UnidosUS, *Plaintiff-Appellee*

241. Valdes, Michael, *Attorney for Defendant*

242. Vicari, Kelly, *Attorney for Defendant*

243. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

244. Villane, Tappie, *Defendant*

245. Volusia County Attorney, *Attorneys for Defendant*

246. Walker, Gertrude, *Defendant*

247. Walker, Mark, *District Court Judge*

248. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

249. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

250. Whitaker, Henry C., *Solicitor General of Florida*

251. White, Christina, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*, 25-10184-C

*Florida Rising Together, et al. v. Florida Secretary of State*, 25-10186-C

252. Wilcox, Wesley, *Defendant*

253. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

254. Wright, Brenda, *Attorney for Plaintiffs-Appellees*

255. Zacherl, Frank, *Attorney for Intervenor-Defendant*

256. Zender, Thomas, *Attorney for Plaintiffs-Appellees*

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State certifies that the CIP contained herein is complete.

Dated: January 29, 2025

/s/ Mohammad O. Jazil
*Counsel for Defendant-Appellant Florida Secretary of State*

# MEMORANDUM

Defendant-Appellant Florida Secretary of State moves this Court under Federal Rule of Appellate Procedure 27 and Eleventh Circuit Local Rule 27-1 to (1) hold the *Florida Rising Together v. Florida Secretary of State*, 25-10184, and *Disability Rights Florida v. Florida Secretary of State*, 25-10186, appeals in abeyance and (2) consolidate the two appeals.

## Background

This case is about Florida Senate Bill 90, an election reform bill. Four groups of plaintiffs challenged the bill. Those groups are the *League of Women Voters* Plaintiffs, 4:21-cv-000186 (N.D. Fla.); the *Harriet Tubman Freedom Fighters* Plaintiffs, 4:21-cv-000242 (N.D. Fla.); the *Florida Rising Together* Plaintiffs, 4:21-cv-000201 (N.D. Fla.); and the *Disability Rights Florida* Plaintiffs, 4:21-cv-000187 (N.D. Fla.). Those four plaintiffs groups largely raised overlapping challenges to overlapping SB90 provisions.

The district court consolidated the four cases for trial and issued an omnibus final order. All four cases were appealed to this Court. 22-11133, 22-11143, 22-11144, 22-11145. This Court consolidated the four appeals, and largely reversed and remanded the district court's decision. 66 F.4th 905 (11th Cir. 2023).

After the district court resolved the remanded issues, all four plaintiffs groups, in all four cases, moved for attorneys' fees. Some also moved for costs. In each of the four cases, the district court issued case-specific orders, ruling that each plaintiffs group was entitled to fees (and costs where requested).

As of filing this motion, the district court issued only two subsequent rulings, determining that the *Florida Rising Together* Plaintiffs and *Disability Rights Florida* Plaintiffs are to receive a specific fees amount (and costs where requested). The district court hasn't issued similar rulings in the remaining two cases, *League of Women Voters* and *Harriet Tubman Freedom Fighters*.

**Argument**

To make matters easier and more administratively efficient, the Florida Secretary of State asks this Court to do two things.

First, he asks this Court to hold the two pending appeals, *Florida Rising Together* and *Disability Rights Florida*, in abeyance while the district court prepares its fees-amount orders in *League of Women Voters* and *Harriet Tubman Freedom Fighters*. The Florida Secretary of State can't appeal *League of Women Voters* and *Harriet Tubman Freedom Fighters* before then. *Interstate Pipe Maintenance, Inc. v. FMC Corp.*, 775 F.2d 1495, 1497 (11th Cir. 1985). It does no one good to have similar cases, raising similar arguments, from the same district court, proceed on different appellate tracks.

And second, the Florida Secretary of State asks this Court to consolidate the *Florida Rising Together* and *Disability Rights Florida* appeals. These cases (along with *League of Women Voters* and *Harriet Tubman Freedom Fighters*) were consolidated for trial below and on appeal before this Court. There's no good reason for these cases, at this juncture, to be briefed before different appellate panels.

The Florida Secretary of State asked the *Florida Rising Together* Plaintiffs and *Disability Rights Florida* Plaintiffs for their position on the requested relief. They don't oppose.

Once the district court issues its orders in *League of Women Voters* and *Harriet Tubman Freedom Fighters*, the Florida Secretary of State will appeal and move this Court to lift the abeyance and to consolidate all of the cases.

**Conclusion**

The Florida Secretary of State asks this Court to (1) hold the *Florida Rising Together*, 25-10184, and *Disability Rights Florida*, 25-10186, appeals in abeyance and (2) consolidate the two appeals.

Dated: January 29, 2025

/s/ Mohammad O. Jazil
Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Fax: (850) 741-1023
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

Bradley R. McVay
   Deputy Secretary of State
Ashley E. Davis
   Chief Deputy General Counsel
Brad.McVay@dos.myflorida.com
Ashley.Davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Defendant-Appellant Florida Secretary of State*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: January 29, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. It was also emailed to Plaintiffs' counsel.

Dated: January 29, 2025 /s/ Mohammad O. Jazil
Mohammad O. Jazil