In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-10184

_____

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP,

Plaintiff,

DISABILITY RIGHTS FLORIDA,
COMMON CAUSE,
FLORIDA STATE CONFERENCE OF
THE NAACP,

Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,

Defendant-Appellant,

2                        Order of the Court                        25-10184

SUPERVISOR OF ELECTIONS FOR
ALACHUA COUNTY, et al.,

                                                            Defendants.

—————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00187-MW-MAF

—————————————


—————————————

No. 25-10186

—————————————

FLORIDA RISING TOGETHER,
UNIDOSUS,
EQUAL GROUND EDUCATION FUND,
HISPANIC FEDERATION,
PODER LATINX, et al.,

                                                Plaintiffs-Appellees,

FAITH IN FLORIDA,

                                                            Plaintiff,

25-10184                  Order of the Court                              3

*versus*

FLORIDA SECRETARY OF STATE,

Defendant-Appellant,

SUPERVISOR OF ELECTIONS FOR
HILLSBOROUGH COUNTY, et al.,

Defendants.

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00201-MW-MJF

————————————

ORDER:

Appellant's Unopposed Motion to Hold Appeals in Abeyance and to Consolidate is GRANTED.

Appeal nos. 25-10184 and 25-10186 are CONSOLIDATED and STAYED pending further order of the Court.

4                          Order of the Court                    25-10184

    Appellant is DIRECTED to promptly file a notice with the Court when the purpose for the stay is obviated, along with a motion to lift the stay.


/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE