# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10184

_____

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP,

                                                              Plaintiff,

DISABILITY RIGHTS FLORIDA,
COMMON CAUSE,
FLORIDA STATE CONFERENCE OF
THE NAACP,

                                                    Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,

                                                   Defendant-Appellant,

2                          Order of the Court                          25-10184

SUPERVISOR OF ELECTIONS FOR
ALACHUA COUNTY, et al.,

                                                                                   Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00187-MW-MAF

_____

_____

No. 25-10186

_____

FLORIDA RISING TOGETHER,
UNIDOSUS,
EQUAL GROUND EDUCATION FUND,
HISPANIC FEDERATION,
PODER LATINX, et al.,

                                                            Plaintiffs-Appellees,

FAITH IN FLORIDA,

                                                                    Plaintiff,

*versus*

25-10184                     Order of the Court                                 3

FLORIDA SECRETARY OF STATE,

                                             Defendant-Appellant,

SUPERVISOR OF ELECTIONS FOR
HILLSBOROUGH COUNTY, et al.,

                                             Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00201-MW-MJF

_____

ORDER:

      Motion to withdraw as counsel filed by Attorney Roni Druks for Appellees Equal Ground Education Fund, Florida Rising Together, Hispanic Federation, Poder Latinx and Unidosus is GRANTED.

                                /s/ Andrew L. Brasher
                                UNITED STATES CIRCUIT JUDGE