No. 25-10184

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Disability Rights Florida, et al.*,
Plaintiffs-Appellees,
v.
*Florida Secretary of State*,
Defendant-Appellant.

(Consolidated with No. 25-10186)
U.S. District Court for the Northern District of Florida,
No. 4:21-cv-187-MW-MAF, No. 4:21-cv-201-MW-MJF (Walker, J.)

## DEFENDANT-APPELLANT FLORIDA SECRETARY OF STATE'S RESPONSES TO SUPPLEMENTAL JURISDICTIONAL QUESTIONS

Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
*Counsel for the Florida Secretary of State*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendant-Appellant Florida Secretary of State certifies that the following have an interest in the outcome of this case. Note that "Defendant(s)," as opposed to "Defendant-Appellant," refer to defendants in the case, other than the Florida Secretary of State.

1. Adkins, Janet, *Defendant*

2. Advancement Project National Office, *Attorneys for Plaintiffs-Appellees*

3. Aguilera, Ceclila, *Attorney for Plaintiffs-Appellees*

4. Alachua County Attorney's Office, *Attorneys for Defendant*

5. Andersen, Mark, *Defendant*

6. Anderson, Christopher, *Defendant*

7. Anderson, Shirley, *Defendant*

8. Anstaett, David, *Attorney for Plaintiffs-Appellees*

9. Arnold & Porter, LLP, *Attorneys for Plaintiffs-Appellees*

10. Arnold, Melissa, *Defendant*

11. Arrington, Mary, *Defendant*

12. Baird, Maureen, *Defendant*

13. Baker McKenzie, LLP, *Attorney for Plaintiffs-Appellees*

14. Bardos, Andy, *Attorney for Defendants*

15. Barton, Kim, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

16.  Beasley, Bobby, *Defendant*

17.  Beato, Michael, *Attorney for Defendant-Appellant*

18.  Begakis, Steven, *Attorney for Intervenor-Defendant*

19.  Bell, Daniel, *Chief Deputy Solicitor General of Florida*

20.  Bell, Melony, *Defendant*

21.  Benda, Kyle, *Attorney for Defendant*

22.  Bender, Robert, *Defendant*

23.  Bennett, Michael, *Defendant*

24.  Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

25.  Bentley and Bruning PA, *Attorney for Defendant*

26.  Bentley, Morgan, *Attorney for Defendant*

27.  Bernstein, Daniel, *Attorney for Plaintiffs-Appellees*

28.  Bishop, Marty, *Defendant*

29.  Black Voters Matter Fund LLC, *Plaintiff-Appellee*

30.  Blazier, Melissa, *Defendant*

31.  Bledsoe, William, *Attorney for Defendant*

32.  Bobanic, Tim, *Defendant*

33.  Branch, Aria, *Attorney for Plaintiffs-Appellees*

34.  Brewton Plante PA, *Attorneys for Defendants*

35.  Brigham, Robert, *Plaintiff-Appellee*

36.  Brodeen, Karen, *Attorney for Defendants*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

37.  Broward County Attorney's Office, *Attorney for Defendant*

38.  Brown, Summer, *Attorney for Defendant*

39.  Brown, Tomi, *Defendant*

40.  Byrd, Cord, *Defendant-Appellant*

41.  Cannon, Starlet, *Defendant*

42.  Case, Andrew, *Attorney for Plaintiffs-Appellees*

43.  Castor Dentel, Karen, *Defendant*

44.  Chambless, Chris, *Defendant*

45.  Chaires, Darbi, *Defendant*

46.  Chason, Sharon, *Defendant*

47.  Choi, Ellen, *Attorney for Plaintiffs-Appellees*

48.  City of Jacksonville, Office of General Counsel, *Attorneys for Defendant*

49.  City of Orlando, *Attorneys for Defendant*

50.  Clark Partington, *Attorneys for Defendant*

51.  Common Cause, *Plaintiff-Appellee*

52.  Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendant*

53.  Conyers, Grant, *Defendant*

54.  Corley, Brian, *Defendant*

55.  County of Volusia, *Attorneys for Defendant*

56.  Covington & Burling LLP, *Attorneys for Plaintiffs-Appellees*

57.  Cowles, Bill, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

58. Cuffe, Edward, *Attorney for Defendant*

59. Cycon, John, *Attorney for Defendant-Appellant*

60. Dandeneau, Debra, *Attorney for Plaintiffs-Appellees*

61. Darus, Lisa, *Defendant*

62. Darrow Everett LLP, *Attorneys for Plaintiffs-Appellees*

63. Davis, Ashley, *Attorney for Defendant-Appellant*

64. Davis, Vicki, *Defendant*

65. Demos, *Attorneys for Plaintiffs-Appellees*

66. Devaney, William, *Attorney for Plaintiffs-Appellees*

67. Disability Rights Florida, *Plaintiff-Appellee*

68. District of Columbia, *Amicus*

69. Doyle, Tommy, *Defendant*

70. Driggers, Heath, *Defendant*

71. Druks, Roni, *Attorney for Plaintiffs-Appellees*

72. Duke, P. Benjamin, *Attorney for Plaintiffs-Appellees*

73. Dunaway, Carol, *Defendant*

74. Earley, Mark, *Defendant*

75. Edwards, Brendalyn, *Attorney for Defendant*

76. Edwards, Jennifer, *Defendant*

77. Edwards, Lori, *Defendant*

78. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

79.   Elias, Marc, *Attorney for Plaintiffs-Appellees*

80.   Equal Ground Education Fund, *Plaintiff-Appellee*

81.   Erdelyi, Susan, *Attorney for Defendants*

82.   Escambia County Attorney's Office, *Attorneys for Defendant*

83.   Fair Elections Center, *Attorneys for Plaintiffs-Appellees*

84.   Fajana, Francisca, *Attorney for Plaintiffs-Appellees*

85.   Fajana, Morenike, *Attorney for Plaintiffs-Appellees*

86.   Farnam, Alteris, *Defendant*

87.   Faruqui, Bilal, *Attorney for Defendant*

88.   Farrington, Scott, *Defendant*

89.   Feiser, Craig, *Attorney for Defendant*

90.   Ferenc, Samuel, *Attorney for Plaintiffs-Appellees*

91.   Florida Alliance for Retired Americans Inc., *Plaintiff-Appellee*

92.   Florida Department of State, *Defendant-Appellant*

93.   Florida Office of the Attorney General, *Attorneys for Defendant*

94.   Florida Rising Together, *Plaintiff-Appellee*

95.   Florida State Conference of the NAACP, *Plaintiff-Appellee*

96.   Ford, Christina, *Attorney for Plaintiffs-Appellees*

97.   Fouhey, Elizabeth, *Attorney for Plaintiffs-Appellees*

98.   Fox, David, *Attorney for Plaintiffs-Appellees*

99.   Freedman, John, *Attorney for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

100.  Frost, Elisabeth, *Attorney for Plaintiffs-Appellees*

101.  Galbraith, Miles, *Attorney for Plaintiffs-Appellees*

102.  Galindo, Emily, *Attorney for Plaintiffs-Appellees*

103.  Garcia, Alina, *Defendant*

104.  Gardner Bist Bowden et al, *Attorneys for Defendants*

105.  Genberg, Jack, *Attorney for Plaintiffs-Appellees*

106.  Giannini, Mary, *Attorney for Defendant*

107.  Gibson, Benjamin, *Attorney for Intervenor-Defendant*

108.  Goldsmith, Kia, *Attorney for Defendant*

109.  Gray Robinson PA, *Attorneys for Defendant*

110.  Green, Tyler, *Attorney for Intervenor-Defendant*

111.  Griffin, Joyce, *Defendant*

112.  Grimm, Dillon, *Attorney for Plaintiffs-Appellees*

113.  Hanlon, John, *Defendant*

114.  Harriett Tubman Freedom Fighters Corp., *Plaintiff-Appellee*

115.  Hart, Travis, *Defendant*

116.  Hays, Alan, *Defendant*

117.  Healy, Karen, *Highlands County Supervisor of Elections*

118.  Heard, Bradley, *Attorney for Plaintiffs-Appellees*

119.  Henderson Franklin Starnes etc., *Attorneys for Defendants*

120.  Hernando County Attorney's Office, *Attorneys for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

121.   Herron, Mark, *Attorney for Defendant*

122.   Hillsborough County Office of the County Attorney, *Attorneys for Defendant*

123.   Hirschel, Andrew, *Attorney for Plaintiff-Appellees*

124.   Hispanic Federation, *Plaintiff-Appellee*

125.   Hodie, Sherri, *Defendant*

126.   Hogan, Mike, *Defendant*

127.   Holland, Jerry, *Defendant*

128.   Holt, Dallin, *Attorney for Defendant-Appellant*

129.   Holtzman Vogel Baran, et al., *Attorneys for Defendant-Appellant*

130.   Hoots, Brenda, *Defendant*

131.   Houlihan, Ashley, *Attorney for Defendant*

132.   Hutto, Laura, *Defendant*

133.   Janousek, John, *Attorney for Defendants*

134.   Jarone, Joseph, *Attorney for Defendant*

135.   Jazil, Mohammad, *Attorney for Defendant-Appellant*

136.   Johnson, Kia, *Attorney for Defendant*

137.   Jones, Tammy, *Defendant*

138.   Jouben, Jon, *Attorney for Defendant*

139.   Joyner, Nia, *Attorney for Plaintiffs-Appellees*

140.   Kahn, Jared, *Attorney for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

141.  Kanter Cohen, Michelle, *Attorney for Plaintiffs-Appellees*

142.  Karpatkin, Jeremy, *Attorney for Plaintiffs-Appellees*

143.  Keen, William, *Defendant*

144.  Khazem, Jad, *Attorney for Plaintiffs-Appellees*

145.  King Blackwell Zehnder, etc PA, *Attorneys for Plaintiffs-Appellees*

146.  King, Nellie, *Attorney for Plaintiffs-Appellees*

147.  Kinsey, Jennifer, *Defendant*

148.  Kirk, Stephen, *Plaintiff-Appellee*

149.  Klitsberg, Nathaniel, *Attorney for Defendant*

150.  Knight, Shirley, *Defendant*

151.  Labasky, Ronald, *Attorney for Defendants*

152.  Latimer, Craig, *Defendant*

153.  Latino Justice PRLDEF, *Attorneys for Plaintiffs-Appellees*

154.  LaVancher, Denise, *Defendant*

155.  Lavia, John, *Attorney for Defendants*

156.  Law Office of Jack D. Evans, *Attorneys for Defendant*

157.  Law Offices of Nellie King PA, *Attorneys for Plaintiffs-Appellees*

158.  League of Women Voters of Florida Education Fund Inc., *Plaintiff-Appellee*

159.  League of Women Voters of Florida, Inc., *Plaintiff-Appellee*

160.  Lenhart, Kaiti, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

161. Lewis, Lisa, *Defendant*

162. Link, Wendy, *Defendant*

163. Lux, Paul, *Defendant*

164. Madduri, Lalitha, *Attorney for Plaintiffs-Appellees*

165. Madison, Alan, *Plaintiff-Appellee*

166. Marcus, Julie, *Defendant*

167. Mari, Frank, *Attorney for Defendants*

168. Marks Gray PA, *Attorneys for Defendant*

169. May, David, *Defendant*

170. McNeil, Justin, *Jefferson County Supervisor of Elections*

171. McVay, Bradley, *Attorney for Defendant-Appellant*

172. Meadows, Therisa, *Defendant*

173. Meros, George, *Attorney for Intervenor-Defendant*

174. Messer Caparello & Self PA, *Attorneys for Defendant*

175. Messer, Ryan, *Defendant*

176. Miami-Dade County Attorney's Office, *Attorneys for Defendant*

177. Milligan, Michelle, *Defendant*

178. Miller, Jeffrey, *Attorney for Plaintiff-Appellees*

179. Milton, Chris, *Defendant*

180. Mood, Kirsten, *Attorney for Defendant*

181. Moore, James, *Attorney for Defendants*

*Disability Rights Florida, et al. v. Florida Secretary of State*

25-10184 (consolidated)

182.  Morales, Ivan, *Attorney for Plaintiffs-Appellees*

183.  Morgan, Joseph, *Defendant*

184.  NAACP Legal Defense & Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

185.  Nabors Giblin, & Nickerson PA, *Attorneys for Defendant*

186.  Nasseri, Cyrus, *Attorney for Plaintiffs-Appellees*

187.  National Center for Law and Economic Justice, *Attorneys for Plaintiffs-Appellees*

188.  National Republican Senatorial Committee, *Intervenor-Defendant*

189.  Negley, Mark, *Defendant*

190.  Nelson, William III, *Attorney for Defendant*

191.  Nordby, Daniel, *Attorney for Intervenor-Defendant*

192.  Norris, Cameron, *Attorney for Intervenor-Defendant*

193.  Oakes, Vicky, *Defendant*

194.  O'Brien, Colleen, *Attorney for Defendant-Appellant*

195.  O'Bryant, Patrick, *Attorney for Defendant*

196.  O'Callaghan, Brendan, *Attorney for Plaintiffs-Appellees*

197.  Ogg, Penny, *Defendant*

198.  Olivo, Geraldo, *Attorney for Defendants*

199.  Ortega, Michael, *Attorney for Plaintiffs-Appellees*

200.  Osborne, Deborah, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

201. Ott, London, *Attorney for Defendant*

202. Overturf, Charles, *Defendant*

203. Palm Beach County Supervisor of Elections, *Attorneys for Defendant*

204. Paralyzed Veterans of America Central Florida Chapter, *Plaintiff-Appellee*

205. Paralyzed Veterans of America Florida Chapter, *Plaintiff-Appellee*

206. Pennock, Amy, *Defendant*

207. Perkins Coie LLP, *Attorneys for Plaintiffs-Appellees*

208. Perko, Gary, *Attorney for Defendant-Appellant*

209. Pettis, Deidra, *Defendant*

210. Pierce, Rhonda H., *Defendant*

211. Pinellas County Attorney's Office, *Attorneys for Defendant*

212. Poder Latinx, *Plaintiff-Appellee*

213. Poliak, Shira, *Attorney for Plaintiffs-Appellees*

214. Powers, John, *Attorney for Plaintiffs-Appellees*

215. Price, Tara, *Attorney for Intervenor-Defendant*

216. Republican National Committee, *Intervenor-Defendant*

217. Riley, Heathers, *Defendant*

218. Rogers, Susan, *Plaintiff-Appellee*

219. Roper PA, *Attorneys for Defendants*

220. Rosenthal, Oren, *Attorney for Defendant*

221. Rudd, Carol, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

222.    Salzillo, Benjamin, *Attorney for Defendant*

223.    Sanchez, Connie, *Defendant*

224.    Scoon, Cecile, *Plaintiff-Appellee*

225.    Scott, Dale, *Attorney for Defendant*

226.    Scott, Joe, *Defendant,*

227.    Scott, Lori, *Defendant*

228.    Scott, Sharion, *Attorney for Plaintiffs-Appellees*

229.    Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

230.    Seyfang, Amanda, *Defendant*

231.    Shannin Law Firm PA, *Attorneys for Defendants*

232.    Shannin, Nicholas, *Attorney for Defendant*

233.    Shapiro, Avner, *Attorney for Plaintiffs-Appelleees*

234.    Shapiro, Peter, *Attorney for Plaintiffs-Appellees*

235.    Shaud, Matthew, *Attorney for Defendant*

236.    Shearman, Robert, *Attorney for Defendants*

237.    Sherman, Jonathan, *Attorney for Plaintiffs-Appellees*

238.    Shutts & Bowen LLP, *Attorneys for Intervenor-Defendant*

239.    Siegel, Rachel, *Attorney for Defendant*

240.    Sivalingam, Danielle, *Attorney for Plaintiffs-Appellees*

241.    Smith, Diane, *Defendant*

242.    Southerland, Dana, *Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

243.  Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

244.  Stafford, David, *Defendant*

245.  Stafford, William, *Attorney for Defendant*

246.  Stamoulis, Paula, *Defendant*

247.  Stewart, Gregory, *Attorney for Defendant*

248.  Stiefel, Aaron, *Attorney for Plaintiffs-Appellees*

249.  Swain, Robert, *Attorney for Defendant*

250.  Swan, Leslie, *Defendant*

251.  Tarpley, Carlton, *Attorney for Plaintiffs-Appellees*

252.  Taylor, Sherry, *Defendant*

253.  Tessitore Mari, PLLC, *Attorneys for Defendant*

254.  Theodore, Elisabeth, *Attorney for Plaintiffs-Appellees*

255.  Todd, Stephen, *Attorney for Defendant*

256.  Trigg, Amia, *Attorney for Plaintiffs-Appellees*

257.  Tuetken, Adam, *Attorney for Amicus*

258.  Turner, Ron, *Defendant*

259.  United States of America, *Amicus*

260.  UnidosUS, *Plaintiff-Appellee*

261.  Uthmeier, James, *Defendant*

262.  Valenti, Leah, *Defendant*

263.  Valdes, Michael, *Attorney for Defendant*

*Disability Rights Florida, et al. v. Florida Secretary of State*
25-10184 (consolidated)

264. Vicari, Kelly*, Attorney for Defendant*

265. Vigil, Angela, *Attorney for Plaintiffs-Appellees*

266. Villane, Tappie, *Defendant*

267. Volusia County Attorney, *Attorneys for Defendant*

268. Walker, Gertrude, *Defendant*

269. Walker, Mark, *District Court Judge*

270. Ward, Nina, *Defendant*

271. Washington, D.C., Office of the Attorney General, *Attorneys for Amicus*

272. Wermuth, Frederick, *Attorney for Plaintiffs-Appellees*

273. Wertz, Debbie, *Defendant*

274. Whitaker, Henry C., *Solicitor General of Florida*

275. White, Christina, *Defendant*

276. Wilcox, Wesley, *Defendant*

277. Williams, Jillian, *Attorney for Plaintiffs-Appellees*

278. Williams, Kenya, *Defendant*

279. Williams, H. Russell, *Defendant*

280. Zacherl, Frank, *Attorney for Intervenor-Defendant*

281. Zehnder, Thomas, *Attorney for Plaintiffs-Appellees*

*Disability Rights Florida, et al. v. Florida Secretary of State*

25-10184 (consolidated)

Per Circuit Rule 26.1-2(c), Defendant-Appellant Florida Secretary of State

certifies that the CIP contained herein is complete.

Dated: July 31, 2025                                    /s/ Mohammad O. Jazil
                                                       *Counsel for Defendant-Appellant Florida*
                                                       *Secretary of State*

## **<u>TABLE OF CONTENTS</u>**

Table of Authorities ...............................................................................ii

Responses ............................................................................................ 1

Certificate of Compliance ................................................................... 6

Certificate of Service ......................................................................... 6

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Budinich v. Becton Dickinson & Co.,*
     486 U.S. 196 (1988) ................................................................................. 3

*League of Women Voters of Florida, Inc. v. Florida Secretary of State,*
     66 F.4th 905 (11th Cir. 2023) ................................................................... 3

*Mayer v. Wall St. Equity Group, Inc.,*
     672 F.3d 1222 (11th Cir. 2012) ..............................................................1-2

*Norman v. Housing Authority of City of Montgomery,*
     836 F.2d 1292 (11th Cir. 1988) ................................................................. 2

*Royal Palm Properties, LLC v. Pink Palm Properties, LLC,*
     38 F.4th 1372 (11th Cir. 2022) ................................................................. 3

*Thomas v. Blue Cross & Blue Shield Association,*
     594 F.3d 823 (11th Cir. 2012) ................................................................. 4

**Federal Rules**

Federal Rule of Civil Procedure 54 .................................................................. 3

## RESPONSES

Below, the Secretary answers the questions this Court posed on July 17, 2025:

**Question 1:** Please address whether plaintiffs' postjudgment motion for fees and expenses and postjudgment bill of costs in case number 4:21-cv-187 (which created appeal number 25-10184) sparked a single postjudgment motion as to fees and costs. Similarly, please address whether plaintiffs' postjudgment motion for fees and expenses and postjudgment bill of costs in case number 4:21-cv-201 (which created appeal number 25-10186) sparked a single postjudgment motion as to fees and costs.

In *Disability Rights Florida* (4:21-cv-187, 25-10184), the plaintiffs' motion to determine entitlement to fees and costs, 4:21-cv-187, Doc.401, is "the motion that initially sparked the postjudgment proceedings," *Mayer v. Wall St. Equity Grp., Inc.*, 672 F.3d 1222, 1224 (11th Cir. 2012). That said, the plaintiffs dropped their request for costs. *See* 4:21-cv-187, Doc.441 (plaintiffs indicating to the district court that they aren't seeking costs); 25-10184, Doc.31 at 3 ("The Disability Rights Florida Plaintiffs-Appellees did not file a renewed Bill of Costs in the underlying district court action and clarified with the district court on April 10, 2025 that they will not be pursuing a renewed Bill of Costs. Therefore, there are no outstanding cost issues in the underlying district court actions and this Court has jurisdiction over this consolidated appeal.").

So, the postjudgment proceedings concerned, and resolved, the plaintiffs' request for fees. The district court entered an order and awarded the plaintiffs $133,628.88 in fees. 4:21-cv-187, Doc.426. That order "dispose[d] of all" the live "issues" in the plaintiffs' motion. *Mayer*, 672 F.3d at 1224. That order, therefore, is the

1

final, appealable order—there's no other issues that "remain outstanding" in the district court. *Id.*

In *Florida Rising Together* (4:21-cv-201, 25-10186), the plaintiffs' motion for fees and costs, 4:21-cv-201, Doc.376, sparked the postjudgment proceedings, and the district court resolved that motion—awarding the plaintiffs $200,009.75 in fees and $2,338.00 in costs, 4:21-cv-201, Doc.388. That order disposed of all of the postjudgment issues in the case, and it's a final, appealable order.

> **Question 2:** Please address whether the district court's April 10, 2025 orders and judgment in case number 4:21-cv-187 affect whether the December 20, 2024 order and judgment are reviewable.

In *Disability Rights Florida* (4:21-cv-187, 25-10184), the district court's April 10, 2025 order and judgment clarified that the plaintiffs aren't seeking costs. 4:21-cv-187, Docs.442, 443. The district court's December 20, 2024 order and judgment awarded the plaintiffs $133,628.88 in fees, and the Secretary appealed that decision. 4:21-cv-187, Doc.426 – Doc.428.

The April 10 order and judgment don't affect the December 20 order and judgment's reviewability. If anything, the April 10 order and judgment clarified that the postjudgment proceedings were about the plaintiffs' fees request, and not a fees *and costs* request. Call it clarifying, or call it "cur[ing]," the April 10 order and judgment don't divest this Court of jurisdiction. *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1295-96 (11th Cir. 1988). This Court "therefore does have jurisdiction of this appeal." *Id.* at 196.

2

*Budinich v. Becton Dickinson & Co.*, is inapposite, given that it dealt with a particular situation: whether "an unresolved issue of attorney's fees for the litigation in question" "prevent[s] judgment on the merits from being final." 486 U.S. 196, 202 (1988). That's not the case here, because the Secretary appealed the final judgment on the merits and largely won the appeal before this Court. *League of Women Voters of Fla., Inc. v. Fla. Sec'y of State*, 66 F.4th 905 (11th Cir. 2023). That was well before the district court entertained fees motions and before the Secretary appealed the court's fees orders.

> **Question 3:** Please address whether case number 4:21-cv-201 must reflect the resolution of defendant's and intervenor-defendants' bill of costs for the December 20, 2024 order and judgment to be reviewable.

*Florida Rising Together* (4:21-cv-201, 25-10186) doesn't need to reflect the resolution of the Secretary's and Republican Party of Florida's bills of costs. This is for two reasons.

First, the Secretary is not, and will not, advance any costs-related issue in this case, and the Republican Party of Florida hasn't indicated that it will advance any costs-related issue, either.

Second, by determining that the plaintiffs are the prevailing parties in the case, and by awarding them fees and costs, the district court effectively denied the Secretary's and Republican Party of Florida's requests for costs. *Royal Palm Props., LLC v. Pink Palm Props., LLC*, 38 F.4th 1372, 1373-74, 1381 (11th Cir. 2022) (holding that, when awarding costs, "a district court may find (at most) one prevailing party"); Fed. R. Civ. P. 54(d)(1) ("costs" "should be allowed to the prevailing party").

3

Again, this Court takes a "functional approach" to determine its jurisdiction in these kind of appeals. *Thomas v. Blue Cross & Blue Shield Ass'n*, 594 F.3d 823, 829 (11th Cir. 2012). This costs issue as to the Secretary and the Republican Party of Florida shouldn't affect this appeal or this Court's jurisdiction over this appeal.

Dated: July 31, 2025

/s/ Mohammad O. Jazil
Mohammad O. Jazil
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

Bradley R. McVay
Ashley E. Davis
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399
(850) 245-6536
Brad.McVay@dos.fl.gov
Ashley.Davis@dos.fl.gov

*Counsel for Defendant-Appellant Florida Secretary of State*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32, and that the foregoing contains 824 words.

Dated: July 31, 2025                                 /s/ Mohammad O. Jazil
                                                                Mohammad O. Jazil

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: July 31, 2025                                 /s/ Mohammad O. Jazil
                                                                Mohammad O. Jazil